## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LIVESMART 360, LLC,

    Plaintiff,

v.                                          Case No: 8:15-cv-1965-T-30EAJ

MARK MCCOOL and JEANINE MCCOOL,

    Defendants.

## **ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Dissolve Stipulated Preliminary Injunction (Dkt. 38). On September 9, 2015, Plaintiff and Defendants, former partners and now competitors in the nutritional supplement distribution business, appeared before the Court on Plaintiff's motion for a temporary restraining order and preliminary injunction. At the hearing, the parties agreed to terms of a preliminary injunction, which the Court issued on September 11, 2015. Now the parties represent to the Court that they have resolved all claims between them and ask that the injunction be dissolved. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff and Defendants' Joint Motion to Dissolve Stipulated Preliminary Injunction (Dkt. 38) is GRANTED.

2. The Preliminary Injunction issued in Dkt. 30 is hereby DISSOLVED.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of February, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record